Second Appellate Department, May, 1898. Reported. 29 App. Div. 624.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SEAMAN, Appellant.

This is an appeal from an order denying defendant's application for a certificate to remove the prosecution of a charge against him for violation of section 31 of the Liquor Tax Law, from a Court of Special Sessions to the Grand Jury of Queens county, pursuant to section 1406 of the charter of the city of New York.

Frederick L. Gilbert, of counsel for appellant.

Appellant is entitled to a trial by jury and in a Court of Record having jurisdiction of crimes of the grade of felony. The *People* v. *McMahon,* unreported decision of Andrews, J. S. C.; *Wynehamer* v. *People,* 13 N. Y. 378; *People* v. *Johnson,* 2 Parker's Rep. 322; *Warren* v. *People,* 3 Parker's Rep. 544; *Hill* v. *People,* 20 N. Y. 363.

The provisions of subdivision 1 of section 35 of the Liquor Tax Law have not been repealed directly or by implication either by section 1406 of the Greater New York Charter or otherwise.

(*Bowen* v. *Lease*, 5 Hill, 221; *Rochester et al.* v. *Barnes*, 26 Barb. 657; *Excelsior Petroleum Co.* v. *Embury*, 67 Barb. 261; *People ex rel. Kingsland* v. *Palmer*, 52 N. Y. 83; *Mongeon* v. *People*, 55 N. Y. 613; *U. S.* v. *Chaflin*, 97 U. S. 546.)

William J. Youngs, attorney for respondent.

Daniel Underhill, Jr., of counsel.

Section 1406 of the charter of the City of New York supersedes section 35 of the Liquor Tax Law, within the city of New York.

*Board of Excise Comm.* v. *Burtis*, 103 N. Y. 136; *Lyddy* v. *L. I. City*, 104 N. Y. 218; *Heckman* v. *Pinckney*, 81 N. Y. 211; *Bowen* v. *Lease*, 5 Hill, 221; *People* v. *Brooklyn*, 69 N. Y. 605.

It is proper to consider the title of a statute in considering its purposes and meaning. *People ex rel. Collins* v. *Spicer*, 99 N. Y. 225; *People ex rel. Jackson* v. *Potter*, 47 N. Y. 375.

The charter and the Liquor Tax Law are to be considered together. *Smith* v. *The People*, 47 N. Y. 330; *Chase* v. *Lord*, 77 N. Y. 18; *People ex rel. Van Riper* v. *N. Y. Cath. Protectory*, 106 N. Y. 614; *In re Livingstone*, 121 N. Y. 104.

The defendant has not a constitutional right to a trial by jury. *U. S.* v. *Cruickshank*, 92 U. S. 542; *People* v. *Penhollow*, 5 N. Y. Crim. Rep. 42; *People ex rel. Comaford* v. *Dutcher*, 83 N. Y. 240; *People ex rel. Murray* v. *Justices of Special Sessions*, 77 N. Y. 406; *People* v. *Rawson*, 61 Barb. 619; *Devine* v. *People*, 20 Hun, 98.

Appeal dismissed on argument.

All concurred.